

UNITED STATES BANKRUPTCY COURT
Eastern District of California

1200 I Street, Suite 4
Modesto, CA 95354

(209) 521-5160
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**1/7/11**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

# FINAL DECREE

Case Number: 10-93084 - E - 7

Debtor Name(s), Social Security Number(s), and Address(es):

Brad Kunkel
xxx-xx-1010

212 Bruce Ct
Modesto, CA 95350

Kimberly Kunkel
xxx-xx-5725

212 Bruce Ct
Modesto, CA 95350

OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:

Brad Alan Kunkel
Brad A. Kunkel

Kimberly Ann Kunkel
Kimberly A. Kunkel

Trustee:  Stephen C. Ferlmann
PO Box 579375
Modesto, CA 95357

Telephone Number:  209-236-1441

Office of the United States Trustee:

For cases in the Sacramento Division and Modesto Division:  501 I Street, Room 7-500, Sacramento, CA 95814
For cases in the Fresno Division:  2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above-entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
1/7/11

For the Court,
Wayne Blackwelder , Clerk